**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00345-CV**
_____

**MARGARET ANN MARTINEZ, Appellant**

**V.**

**LAZARO L. MARTINEZ, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 32047**

**MEMORANDUM OPINION**

Margaret Ann Martinez filed a notice of appeal but failed to file a brief. On December 7, 2012, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On January 16, 2013, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we

dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 6, 2013
Opinion Delivered February 21, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.